RECEIVED

2019 OCT 17 A 11: 50

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

RUDOLPH SZOLLAR,

Defendant.

Case No. 1:19-mj-448

CRIMINAL INFORMATION

(Failure to File Individual Tax Return - 2013)

THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information:

1. Defendant RUDOLPH SZOLLAR was a resident of Arlington, Virginia, which was within the Eastern District of Virginia.

2. The Internal Revenue Service was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

3. During the calendar year 2013, RUDOLPH SZOLLAR had and received gross income of at least $10,000. By reason of such gross income, he was required by law, following the close of the calendar year 2013 and on or before October 15, 2014, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled.

4. Well knowing and believing the foregoing, RUDOLPH SZOLLAR did willfully

fail to timely make an income tax return.

(In violation of Title 26, United States Code, Section 7203.)

Respectfully,

G. Zachary Terwilliger
United States Attorney

Date:   October 22, 2019          By:   _____
William Fitzpatrick
Assistant United States Attorney
Lauren M. Castaldi
Special Assistant United States Attorney